**FILED**

JUN 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8570

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jessica Michelle ALFARO, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about June 24, 2008, within the Southern District of California, defendant Jessica Michelle ALFARO did knowingly and intentionally import approximately 19.34 kilograms (42.55 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 25th DAY OF JUNE, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jessica Michelle ALFARO

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On June 24, 2008, Jessica Michelle ALFARO made entry into the United States from Mexico through the Calexico, California West Port of Entry. ALFARO was the sole occupant driver and registered owner of a Ford passenger car.

Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) S. Parrish was conducting pre-primary operations with his Narcotic Detector Dog (NDD) when ALFARO made entry into the United States. The NDD alerted to the odor of a controlled substance within the Ford. CBPO M. Roberts received a negative Customs declaration from ALFARO. CBPO Roberts referred ALFARO and the vehicle to secondary for further inspection.

In secondary, a search of the Ford resulted in the recovery of 36 packages containing a green leafy substance. A sample of the substance field-tested positive for marijuana. The combined weight of the packages was 19.34 kilograms (42.55 pounds).

Special Agent (S/A) Timothy Henderson interviewed ALFARO and read her constitutional rights per Miranda in English. ALFARO waived her rights, agreeing to make a statement. ALFARO stated she had never been told what would be in the vehicle. ALFARO believed "weed" was in the vehicle. ALFARO said she was to be paid to drive the Ford to San Bernardino.