AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

| | |
|---|---|
| Date | Signature |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jessica Michelle Alfaro

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,     )   Case No. 08MJ8570
                                   )
12 |          Plaintiff,            )
                                   )
13 | v.                             )   **CERTIFICATE OF SERVICE**
                                   )
14 | JESSICA MICHELLE ALFARO,       )
                                   )
15 |          Defendant.            )
   |_____ )

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov

21                            Respectfully submitted,

23 DATED:     June 26, 2008        /s/ Gregory T. Murphy
                                   **GREGORY T. MURPHY**
24                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Jessica Michelle Alfaro