FILED

2008 JUL -9 PM 3: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KLH_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury   '08 CR 2267   DMS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Marijuana; |
| JESSICA MICHELLE ALFARO, | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| | ) | Possession of Marijuana with |
| Defendant. | ) | Intent to Distribute |
| _____ | ) | |

The grand jury charges:

<u>Count 1</u>

On or about June 24, 2008, within the Southern District of California, defendant JESSICA MICHELLE ALFARO did knowingly and intentionally import approximately 19.34 kilograms (approximately 42.55 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CEM:fer:Imperial
7/7/08

<u>Count 2</u>

On or about June 24, 2008, within the Southern District of California, defendant JESSICA MICHELLE ALFARO did knowingly and intentionally possess, with intent to distribute, approximately 19.34 kilograms (approximately 42.55 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney

2