(05/08)

July 15, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Summons for Defendant on Pretrial Release

FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

**Name of Defendant:** Jessica Michelle Alfaro (English)   **Dkt No.:** 08CR2267DMS-1

**Reg. No.:** 06486-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Next Court Date:** August 22, 2008

**Charged Offense:** Importation of a Controlled Substance (19.34 kilograms of marijuana)

**Date Conditions Ordered:** June 25, 2008

**Conditions of Release:** not commit a federal, state, or local crime during the period of release; make all court appearances; restrict travel to Southern and Central Districts of California; not to enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse.

**Date Released on Bond:** July 3, 2008

**Asst. U.S. Atty.:** John F. Weis
(760) 370-0893

**Defense Counsel:** Gregory Murphy, Federal Defenders
(619) 234-8467

**Prior Violation History:** None

## PETITIONING THE COURT

### TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes the defendant has violated the following conditions of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Special Condition)**<br>Submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse. | 1. On July 10, 2008, the defendant failed to provide a urine sample as directed by the Pretrial Services Officer. |

*Grounds for Revocation:* On July 10, 2008, the defendant reported to the El Centro Pretrial Services office for her post release intake appointment, and she failed to provide a urine sample as instructed.

| | |
|---|---|
| **(Special Condition)**<br>Report for supervision to the Pretrial Services Agency as directed by the Pretrial Services Officer. | 2. On July 11, 2008, the defendant failed to report for drug testing as directed by the Pretrial Services Officer. |

*Grounds for Revocation:* On July 10, 2008, the undersigned instructed the defendant to report to the El Centro Pretrial Services office for drug testing on July 11, 2008. On July 11, 2008, the defendant failed to report as directed for drug testing.

## SUPERVISION ADJUSTMENT

Ms. Alfaro commenced her pretrial release on July 3, 2008. Criminal computerized record checks reveal no new arrest.

Ms. Alfaro failed to provide a urine sample on July 10, 2008, and failed to report for drug testing on July 11, 2008, as instructed. With this considered, it appears the defendant supervision adjustment is poor.

## RECOMMENDATION/JUSTIFICATION

At the defendant's post release intake interview, she reported last using methamphetamine and marijuana the day of her arrest. The defendant further disclosed she had been using methamphetamine on a daily basis for the past four years and smoking marijuana two to three times per week for the past year. Although, the defendant denied using illicit drugs while on bond, she reported being around people who were smoking marijuana on July 4, 2008.

Considering the defendant has a history of drug use and she has not reported to Pretrial Services as instructed, our office request your Honor cite the defendant to Court for an Order to Show Cause Hearing on July 17, 2008, at 1:30 p.m. to address why her bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/15/08

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____
U.S. Pretrial Services Officer
(760) 482-2872
Place: El Centro, California

Reviewed and approved:

_____
Carlos D. Gutierrez
Supervising U.S. Pretrial Services Officer

## THE COURT ORDERS:

__✓__   AGREE, cite the defendant to appear on July 17, 2008, at 1:30 p.m. for an Order to Show Cause Hearing as to why her bond should not be revoked.

_____  Other _____

_____

_____          _____
United States Magistrate Judge Peter C. Lewis          Date: 7-15-08